UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re CRAIG WILLIAM REUBER and
DANIELLE LESA REUBER,

      Debtors.

           Civil Case No. 10-13852
           Honorable Patrick J. Duggan
_____/   (Bankruptcy Case No. 10-41559)

WILLIAM R. ORLOW,

      Appellant,

v.

KRISPEN S. CARROLL, Chapter 13 Trustee,

      Appellee.

_____/

## JUDGMENT

On September 24, 2010, Appellant filed an appeal of the bankruptcy court's September 17, 2010 order with respect to Appellant's application for pre-confirmation fees. In an Opinion and Order issued on this date, the Court held that the bankruptcy court abused its discretion in entering its September 17 order.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that the bankruptcy court's September 17, 2010 Order Granting Application for Pre-Confirmation Fees from Debtor's Estate Pursuant to LBR 2016-1(a) and 9014-1 (E.D.M.) is **VACATED**, and this matter is

**REMANDED** to the bankruptcy court for a determination of appropriate attorney's fees in accordance with this Court's Opinion and Order.

Dated: March 23, 2011				s/PATRICK J. DUGGAN
						UNITED STATES DISTRICT JUDGE

Copies to:
William R. Orlow, Esq.
C. Jason Cardasis, Esq.
Krispen S. Carroll, Esq.
Margaret Conti Schmidt, Esq.
Honorable Steven W. Rhodes